The order below is hereby signed.

Signed: August 22 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| SHANNON WAGNER | ) | Bankruptcy Case No. 21-00246-ELG |
| | ) | Chapter 13 |
| **Debtor** | | |

### ORDER GRANTING APPLICATION TO EMPLOY REALTOR

UPON CONSIDERATION of the Debtor's Application for an Order authorizing Stephen Gabauer and Century 21 New Millenium Capital Hill Office to perform real estate services on behalf of the Debtor, proper notice having been given and no objections having been filed, it is hereby:

**ORDERED** that the Application is APPROVED and it is further,

**ORDERED** that Stephen Gabauer and Century 21 New Millenium Capital Hill Office are hereby authorized and designated as realtor for the specific purpose of representing the Debtor in the sale of her real estate located at 615 15th St., NE, Apt. 1, Washington, DC 20002; and it is further.

**ORDERED**, Stephen Gabauer and Century 21 New Millenium Capital Hill Office shall represent the debtor in such manner that in event of a sale of the real property, the realtor shall be paid three (3) percent of the sales price. No fee shall be paid in the event that the property is not sold.

I ASK FOR THIS:

/s/ Tommy Andrews, Jr., Esq.
122 North Alfred Street
Alexandria, VA  22314

SEEN AND NO OBJECTION:

    Rebecca A. Herr
    Chapter 13 Trustee

    By Counsel:
    /s/ Benjamin J. Beatty
    Benjamin J. Beatty, Bar No. MD0143
    185 Admiral Cochrane Drive, Suite 240
    Annapolis, MD  21401
    301-805-4700
    bbeatty@ch13md.com

Copies to:

Debtor
Debtor's Counsel
Chapter 13 Trustee
Office of the US Trustee

Stephen Gabauer
Century 21 New Millenium
1000 Pennsylvania Ave. SE
Washington, DC  20003

All creditors on the matrix

**END OF ORDER**